# Order

Michigan Supreme Court
Lansing, Michigan

September 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155998(76)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

MARIO SHANTEZ GOSS,
          Defendant-Appellant.
_____/

SC: 155998
COA: 330236
Wayne CC: 15-004425-FC

On order of the Chief Justice, the motion of the defendant-appellant to file a late reply is GRANTED. The reply submitted on July 28, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2017



Clerk